UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRADEEP NAYYAR
    Plaintiff,

Civ. Action No.
3:01 CV 00862 (GLG)

v.

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC.
    Defendant

October 21, 2003

### MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR REMOVAL OF ATTORNEY

Plaintiff, pursuant to Local Rule 7 (b) requests that the court grant an enlargement of time to November 11, 2003 within which to file a memorandum in opposition to Motion For Withdrawal and Costs filed by Attorney Eugene Axelrod.

This is the first request in this matter.

**Procedural Background**

The plaintiff commenced this action for wrongful discharge and discrimination based on race and nationality. A jury trial was had before the Honorable Gerard L. Goettel and a verdict was rendered in favor of the plaintiff on July 17, 2003. Attorney Michael J. Melly was the trial attorney in this matter and post trial motions and briefs were filed by Attorney Melly. Attorney Axelrod has filed a motion seeking the removal of Attorney Melly in this matter. The requested removal is against the wishes of the plaintiff, as the plaintiff has requested that Attorney Melly remain on the case.

**Reasons for Request**

Attorney Michael J. Melly has been busy with personal matters in recent weeks, rendering him unable to file a memorandum in opposition. Further, the motion filed by Attorney Axelrod has not been properly certified, as there was no certification date in the certification. Attorney Melly received a copy of the motion approximately seven (7) days after the date of the motion [October 2, 2003]. As such, Attorney Melly has not had the time allowed by the rules within which to file an opposing memorandum.

**Position of Counsel**

Attorney Melly is not aware of opposing counsel's position in this matter.

_____
Michael J. Melly
Fed. Bar No. 17841
143 Oneco Avenue Suite 4
New London, CT. 06320
(860) 447-1990

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on 10/13/03 to.

Eugene Axelrod
8 Lunar Dr.
Woodbridge, CT 06525

James Coyne
Kevin Coyne
999 Oronoque Lane
Stratford, CT 06614

_____
Michael J. Melly