UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRADEEP NAYYAR
Plaintiff,

Civ. Action No.
3:01 CV 00862 (GLG)

v.

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC.
Defendant

October 21, 2003

## MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR REMOVAL OF ATTORNEY

Plaintiff, pursuant to Local Rule 7 (b) requests that the court grant an enlargement of time to November 11, 2003 within which to file a memorandum in opposition to Motion For Withdrawal and Costs filed by Attorney Eugene Axelrod. This is the first request in this matter.

### Procedural Background

The plaintiff commenced this action for wrongful discharge and discrimination based on race and nationality. A jury trial was had before the Honorable Gerard L. Goettel and a verdict was rendered in favor of the plaintiff on July 17, 2003. Attorney Michael J. Melly was the trial attorney in this matter and post trial motions and briefs were filed by Attorney Melly. Attorney Axelrod has filed a motion seeking the removal of Attorney Melly in this matter. The requested removal is against the wishes of the plaintiff, as the plaintiff has requested that Attorney Melly remain on the case.

*[Handwritten annotations: "Motion DENIED as moot in light of settlement. 11-7-03 /s/ Gerard L. Goettel"]*