UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRADEEP NAYYAR
Plaintiff,

Civ. Action No.
3:01 CV 00862 (GLG)

v.

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC.
    Defendant

August 21, 2003

## MOTION FOR ATTORNEY FEES AND LITIGATION COSTS

The plaintiff, Pradeep Nayyar, requests that the court order attorney's fees and costs of litigation taxed against the defendant in this matter. In support thereof, plaintiff files a memorandum of law herewith.

Plaintiff,
Pradeep Nayyar

By _____
Michael J. Melly
Fed. Bar No. 17841
8 Lunar Drive
Woodbridge, Ct. 06525
Tel: (203) 389-6526
Fax: (203) 389-2656

11-7-03  MOTION DENIED as moot in light of settlement.

/s/ Gerard L. Goettel, USDJ



FILED
NOV 10 1 44 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.