FILED
OCT 6  3 23 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PRADEEP NAYYAR,

    Plaintiff

VS.                                                                   CIVIL ACTION NO.
                                                                              3:01 CV 00862 (GLG)
SCANDINAVIAN MARINE CLAIMS,

    Defendant                                         OCTOBER 3, 2003
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *JOINT MOTION FOR CONTINUANCE OF*
### *ARGUMENT ON MOTION FOR ATTORNEY'S FEES*

The parties jointly request that the court continue argument on the plaintiff's motion for attorney's fees. The parties jointly request that the court continue this argument for four weeks. The argument is presently scheduled for Tuesday, October 7, 2003. In support of this motion, the parties jointly submit the following:

1. The parties as well as all counsel met on October 2, 2003 in an attempt to settle the matter which would resolve the issue of attorney's fees as well as the issues relative to the pending motion for judgment and motions for new trial which have been previously filed.

2. The process of arranging said meeting took some time in that the parties are out of state as well as an attorney for the defendant.

[Handwritten margin note: "11-7-03: Motion DENIED as moot in light of settlement. /s/ Gerard L. Goettel, USDJ"]