UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

*Held - 3 hours*

November 6, 2003

10:00 a.m.

CASE NO. 3:01cv862 (GLG)   Nayyar vs. Scandinavian Marine Claims

Eugene N. Axelrod
Employment Law Group
8 Lunar Dr.
Woodbridge, CT 06525


James E. Coyne
Coyne, von Kuhn, Brady & Fries
999 Oronoque Lane
Stratford, CT 06614


Kevin S. Coyne
Coyne, von Kuhn, Brady & Fries
999 Oronoque Lane
Stratford, CT 06614


Michael J. Melly
143 Oneco Avenue #4
New London, CT 06320


Raymond J. Plouffe Jr.
Bai, Pollock, Blueweiss & Mulcahey
Park City Plaza
10 Middle Street PO Box 1978
Suite 820
Bridgeport, CT 06604

*JUDGE GARFINKEL'S SETTLEMENT ORDER REMAINS IN EFFECT.

THANKS.


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK