CT/cvmhrg (October 17, 2001)

**HONORABLE** W I Garfinkel
**DEPUTY CLERK** J Barrile    **RPTR/ERO/TAPE** J Barrile

**TOTAL TIME:** ___ hours ___ minutes

**DATE:** 11-6-03    **START TIME** 11:50    **END TIME** 12:05
**LUNCH RECESS FROM** _____ **TO** _____
**RECESS FROM** _____ **TO** _____ (if more than 1/2 hour)

Naggar

vs.

Scandanavian Marine

**CIVIL NO.** 3:01cv00862

Axelrod, Melly
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Coyne, Roulte
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☐ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☒ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| | # | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | # | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | # | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | # | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | # | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | # | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | # | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |
| | | Oral Motion _____ | ☐ granted ☐ denied ☐ advisement |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☐ filed ☐ docketed (×10)

___ Hearing continued until _____ at _____