## DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

DATE: __November 13, 2003__   TO:   Intake Clerk

FROM: S.A. Brown

*FILED Nov 24 2:07 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.*

**CASE TITLE:**  Pradeep Nayyar -v- Scannnnndinavian Marine Claims

**DOCKET NO.:**  3:01cv862 GLG

**NOTICE OF APPEAL:**  filed: November 5, 2003

**APPEAL FROM:**  final judgment: 7/22/03 Judgment and 10/7/03 Ruling

interlocutory: __

other: __

**DOCKET SHEET:**  Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet (Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**  Paid ✓   Due ____   N/A ____

IFP revoked ____   Application Attached ____

IFP pending before district judge ____

**COUNSEL:**  CJA ____   Retained ✓   Pro Se ____

**TIME STATUS:**  Timely ✓   Out of Time ____

**MOTION EXTENSION**  Granted ____   Denied ____

**COA:**  Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Hooker_   DATE: 11/18/03
DEPUTY CLERK, USCA