**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

**MANDATE**

FILED
Dec 19   2 34 PM '03

DC Initials: CTDC/NHCT
DC DKT #: 01-cv-862
DC Judge: Goettel

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 16th day of December, two thousand three.

------------------------------------------------X
PRADEEP NAYYAR,

           Plaintiff-Appellee

v.                                                                                         **Docket No. 03-9221**

SCANDINAVIAN MARINE CLAIMS AS and
SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
a/k/a SCUA USA,

           Defendants-Appellants.
------------------------------------------------X

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

        The appellant herein not having so proceeded,
        upon consideration thereof, it is ORDERED that the
        appeal from the order of 10/7/03 entered in the
        United States District Court for the District of
        Connecticut be and it hereby is **DISMISSED**.

        ROSEANN B. MACKECHNIE, Clerk

        By:_____
        Luis Vega
        Deputy Clerk, USCA

A TRUE COPY
Roseann B. MacKechnie, CLERK
by_____
DEPUTY CLERK

CERTIFIED:    DEC 1 6 2003