UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JAN 9  2 09 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PRADEEP NAYYAR,

    Plaintiff

VS.

SCANDINAVIAN MARINE CLAIMS,

    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO.
3:01 CV 00862 (GLG)

NOVEMBER 24, 2003

### STIPULATION OF JUDGMENT OF DISMISSAL WITH PREJUDICE

The plaintiff and defendants hereby stipulate and agree that the judgment of dismissal with prejudice can enter in this matter.

THE PLAINTIFF

BY: _____
Eugene Axelrod
The Employment Law Group
8 Lunar drive
Woodbridge, CT 06525
203-389-6526
# ct 00509

THE DEFENDANTS

BY: _____
Kevin S. Coyne
999 Oronoque Lane
Stratford, CT 06614
203-378-7100
# ct11937

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, this 8th day of January, 2004, to:

Eugene N. Axelrod, Esquire
8 Lunar Drive
Woodbridge, CT 06525

BY: _____
Kevin S. Coyne
Coyne, von Kuhn, Brady & Fries, LLC
999 Oronoque Lane
Stratford, CT 06614
203-378-7100
# ct11937