UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PRADEEP NAYYAR,

    Plaintiff

VS.                                            CIVIL ACTION NO.
                                               3:01 CV 00862 (GLG)
SCANDINAVIAN MARINE CLAIMS,

    Defendant                                  NOVEMBER 24, 2003
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF JUDGMENT OF DISMISSAL WITH PREJUDICE

The plaintiff and defendants hereby stipulate and agree that the judgment of dismissal with prejudice can enter in this matter.

THE PLAINTIFF                                  THE DEFENDANTS

BY: _____                          BY: _____
Eugene Axelrod                                 Kevin S. Coyne
The Employment Law Group                       999 Oronoque Lane
8 Lunar drive                                  Stratford, CT 06614
Woodbridge, CT 06525                           203-378-7100
203-389-6526                                   # ct11937
# ct CC309

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court

By _____
    Deputy Clerk